PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                 CASE NO.: 24-42309-MXM -13

**VU TRAN DANG**
   1709 LUELLA CT
   HURST, TX 76054
   SSN/TIN: XXX-XX-8878

**KELLY THI PHAM**
   1709 LUELLA CT
   HURST, TX 76054
   SSN/TIN: XXX-XX-7030

**DEBTORS**                                     HEARING: OCTOBER 17, 2024 AT 8:30 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Objection to Confirmation. Trustee would respectfully show the Court:

    The Plan fails to meet the feasibility test of 11 U.S.C. Section 1325 (a) (6).  Debtors' Plan provides for the following plan payments:

 TO THE TRUSTEE THE SUM OF $6,100.00 PER MONTH FOR 60 MONTHS FOR A TOTAL OF $366,000.00.

    Debtors' monthly surplus per Schedules I and J is $-2,968.69.  The Plan also is not feasible for the following reason(s) if any:

    Kelly Thi Pham has not provided the Trustee with recent paystubs, profit & loss statements, or other income verification to support the income on Schedule I.

    The Debtors' Attorney's Fees exceed the court's guidelines for a "no-look" fee.

    The Plan violates the conduit provisions of the General Order.  The Debtors are sufficiently delinquent to a Mortgage Lender and are required to file a Plan to make an appropriate number of ongoing monthly mortgage payments and cure mortgage arrears through the Conduit Program.

    WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

                                                                Respectfully submitted,

                                     By:    /s/ Ethan S. Cartwright
                                                 Ethan S. Cartwright, Staff Attorney
                                                 Bar No. 24068273
                                                 PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                 Bar No. 01344800
                                                 860 Airport Freeway, Ste 150
                                                 Hurst, TX 76054
                                                 (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                      By: <u>/s/ Ethan S. Cartwright</u>
                            Ethan S. Cartwright

VU TRAN DANG
KELLY THI PHAM
1709 LUELLA CT
HURST, TX 76054