**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 24-42309-MXM-13 |
| **VU TRAN DANG**<br>    1709 LUELLA CT<br>    HURST, TX 76054<br>    SSN/TIN: XXX-XX-8878 | |
| **KELLY THI PHAM**<br>    1709 LUELLA CT<br>    HURST, TX 76054<br>    SSN/TIN: XXX-XX-7030 | |
| **DEBTORS** | HEARING: DECEMBER 19, 2024 at 8:30 AM |

## NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:  /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the  Debtors and the parties listed below, if any.

By:  /s/ Ethan S. Cartwright
Ethan S. Cartwright

VU TRAN DANG
KELLY THI PHAM
1709 LUELLA CT
HURST, TX 76054